

The following constitutes the order of the court.
Signed October 28, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Amelia Alegado-Sarmiento,<br><br>      Debtor. | Case No.: 15-42588<br><br>Chapter 13 |

**MEMORANDUM AFTER HEARING AND ORDER REGARDING PAYMENT BY DEBTOR**

On October 28, 2015, the Court held a hearing on the Motion for Relief from Stay (doc. 11) by American Honda Finance Corporation ("Movant"). At the hearing, Movant's counsel indicated that Debtor failed to comply with the Court's oral order that Debtor make the October 2015 payment regarding the subject property. Debtor's counsel had no recollection of such an order. The Court also could not verify whether such an order was made at a previous hearing. Therefore, the Court continued the hearing one more week in order to give the parties an opportunity to further discuss a possible resolution of their dispute and to allow the Court to verify whether Debtor was ordered to make the October payment.

Having looked into the matter, the Court found that Debtor was, in fact, orally ordered to make the October 2015 payment at a previous hearing. Therefore, **IT IS HEREBY ORDERED that Debtor make the October 2015 payment before the continued hearing set for November 4, 2015.**

**\*END OF MEMORANDUM AND ORDER\***

**COURT SERVICE LIST**